# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

SCOTT LEE MIDKIFF,

    Movant,

v.                                                             Case No. 3:24-0056
                                                             Case No. 3:21-00109-01

UNITED STATES OF AMERICA,

    Respondent.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 844, 857) be denied, that this civil action be dismissed, with prejudice, and removed from the docket of this Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 844, 857) be **DENIED**, that this civil action be **DISMISSED**, with prejudice, and **REMOVED** from the docket of this Court, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: February 27, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE